

| | | | |
|---|---|---|---|
| Com. v. Brown ..................... | 109 WDA 2016<br>Affirmed | 11/07/2016 | CP–61–CR–0000565–2006<br>(Venango) |
| Com. v. Cisne....................... | 2078 EDA 2014<br>Affirmed,<br>Vacated and<br>Remanded | 11/08/2016 | CP–51–CR–0006829–2008<br>(Philadelphia) |
| Com. v. Thach ..................... | 3024 EDA 2014<br>Affirmed | 11/08/2016 | CP–51–CR–0004528–2013<br>(Philadelphia) |
| Com. v. Myrick ..................... | 2140 EDA 2015<br>Affirmed | 11/08/2016 | CP–51–CR–1120961–1986<br>(Philadelphia) |
| Com. v. Romero .................... | 2143 EDA 2015<br>Affirmed | 11/08/2016 | CP–51–CR–0102891–2006<br>(Philadelphia) |
| Com. v. Bracetty .................... | 2655 EDA 2015<br>Affirmed and<br>Vacated | 11/08/2016 | CP–51–CR–0012080–2014<br>(Philadelphia) |
| White v. Crawford .................. | 2839 EDA 2015<br>Affirmed | 11/08/2016 | 141100103<br>(Philadelphia) |
| Estate of Shearlds; Appeal of Norman .. | 3061 EDA 2015<br>Affirmed | 11/08/2016 | 384 of 2015;<br>File # 2315–0941<br>(Delaware) |
| Com. v. Marotta .................... | 3407 EDA 2015<br>Affirmed | 11/08/2016 | CP–09–CR–0001335–2015<br>(Bucks) |
| Com. v. Crozier ..................... | 88 EDA 2016<br>Affirmed | 11/08/2016 | CP–46–CR–0002065–2012<br>(Montgomery) |
| Com. v. Brown ..................... | 137 EDA 2016<br>Affirmed | 11/08/2016 | CP–51–CR–0008440–2008<br>(Philadelphia) |
| Com. v. Bachmann................... | 297 EDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 11/08/2016 | CP–09–CR–0007611–2008<br>(Bucks) |
| Com. v. Frederick ................... | 557 EDA 2016<br>Affirmed | 11/08/2016 | CP–15–CR–0000311–2009<br>(Chester) |
| Com. v. Sterner ..................... | 595 EDA 2016<br>Affirmed | 11/08/2016 | CP–09–CR–0005652–2010<br>(Bucks) |
| In the Interest of: J.G. ................ | 907 EDA 2016<br>Affirmed | 11/08/2016 | CP–51–AP–0000582–2013<br>(Philadelphia) |
| In the Interest of: B.H. ................ | 909 EDA 2016<br>Affirmed | 11/08/2016 | CP–51–AP–0000581–2013<br>(Philadelphia) |